UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID W. CREVELING,<br><br>    Plaintiff,<br><br>v.<br><br>CALVIN TRESER, CONNIE ITEN, SUSAN BURGDORFF-BEERY, JOHN DOE 1-200 (to be formally named as known), JANE DOE 1-200 (to be formally named as known), WASHINGTON STATE DEPARTMENT OF ECOLOGY, WASHINGTON STATE DEPARTMENT OF FISH AND WILDLIFE, JAY MANNING, Director, KOENINGS, WASHINGTON STATE,<br><br>    Defendants. | NO.  CV-06-208-RHW<br><br>**ORDER DENYING PLAINTIFF'S MOTIONS FOR RECONSIDERATION** |

Before the Court is Plaintiff's Motion for Reconsideration (Ct. Rec. 37).  Plaintiff has asked the Court to reconsider its order that granted Defendant's motion for summary judgment and denied Plaintiff's motion for summary judgment (Ct. Rec. 35). The motion was heard without oral argument.[1]

## DISCUSSION

Under Fed. R. Civ. P. 59 (e), a motion for reconsideration should not be granted,

---

[1] Pursuant to LR 7.1(h)(3), the Court determined that oral argument was not warranted.

**ORDER DENYING PLAINTIFF'S MOTIONS FOR RECONSIDERATION ~ 1**

absent highly unusual circumstances, unless the district court is presented with the need to correct a clear error or prevent manifest injustice, newly discovered evidence is introduced, or there is an intervening change in the controlling law. *389 Orange Street Partners v. Arnold*, 179 F.3d 656, 665 (9th Cir. 1999). Thus, to succeed in a motion for reconsideration, a party must set forth facts or law of a strongly convincing nature to induce the Court to reverse its prior decision. *See Kern-Tulare Water Dist. v. City of Bakersfield*, 634 F. Supp. 656, 665 (E.D. Cal. 1986), *aff'd in part and rev'd in part on other grounds*, 828 F.2d 514 (9th Cir. 1987).

Here, it is not clear on what basis Plaintiff is relying upon in his motion for reconsideration. In his pleading, Plaintiff did not provide the Court with any evidence that it committed clear error, there is newly discovered evidence, or that there has been an intervening change in the controlling law.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Reconsideration (**Ct. Rec. 37**) is **DENIED.**

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order, and to furnish copies to counsel and Plaintiff.

**DATED** this 16th day of October, 2006.

*s/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2006\Creveling\deny.reconsider.wpd